**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CARMELO DIMARTINO,**

      **CASE NO.: 8:22-cv-01256-JSM-CPT**

    **Plaintiff,**

**vs.**

**KODAK ALARIS INC.**

    **Defendant.**

_____/

**MEDIATION REPORT**

In accord with the mediation order, a mediation occurred on **March 20, 2023.**

(a) The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    __√__           All individual parties and their respective trial counsel.

    __√__           Designated corporate representatives.

    **__n/a__**        Required claims professionals.

(b) The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate: **None.**

(c) The result of the mediation:

|        |                                                                                                                                                                                                                                                                               |
|--------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| _____ | <u>The action completely settled</u>.  In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the Mediator. |

Comments:

_____    <u>The action partially resolved.</u>  Lead counsel must file within ten days a joint stipulation resolving the settled claims.  The following issues remain:

Comments:

_____    <u>The action neither settled nor failed to settle.</u>

Comments:

  √        **<u>The parties failed to settle</u>.**

Comments:

Reported on March 21, 2023, in Tampa, Florida.

<u>   <i>s/Christopher L. Griffin</i>   </u><br>
Christopher L. Griffin, Mediator<br>
Florida Mediator Number 35934R<br>
Griffin Mediation, LLC<br>
4006 S. MacDill Avenue<br>
Tampa, FL  33611<br>
(813) 314-7449<br>
chris@chrisgriffinmediation.com

cc:  Counsel of record (via CM/ECF)