## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CARMELO DIMARTINO,

     Plaintiff,

v.                                   Case No: 8:22-cv-1256-JSM-CPT

KODAK ALARIS INC.,

     Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 30).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own fees and costs.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of April, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record